■ In the Matter of A. W. STANGL, Respondent, v. COSENTINO GENESSEE CORP., as Trustee, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order and resettled order of Erie Special Term granting motion to examine books pursuant to section 76 of the Lien Law.) Present —Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOSEPH GUADAGNA et al., Doing Business as JOE'S TRUCKING, Respondents, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Onondaga Special Term granting plaintiffs' motion for summary judgment and denying defendant's motion for summary judgment.) Present — Bastow, J. P., Goldman, Halpern, McClosky and Henry, JJ.

■ SIDNEY FRANKEL et al., Individually and as Stockholders of Rochester Iron and Metal Co., Respondents, v. ROCHESTER IRON AND METAL Co. et al., Appellants.— Order modified by deleting therefrom the paragraph numbered 2 and as so modified unanimously affirmed, without costs of this appeal to any party, and without prejudice to the right of the plaintiffs to renew the motion insofar as it extends to personal books, records and documents of the individual defendants within 60 days after completion of the discovery of the corporate records and upon a showing of necessity and propriety. Memorandum: We see no need for a discovery of the personal records of the individual defendants at this time. The discovery of the corporate books may make such personal discovery unnecessary. That, however, may be determined later. (Appeal by defendants from order of Monroe Special Term granting plaintiffs' motion for a discovery and inspection.) Present — Williams, P. J., Halpern, McClosky and Henry, JJ.

■ SIDNEY FRANKEL et al., Individually and as Stockholders of Rochester Iron and Metal Co., Appellants, v. ROCHESTER IRON AND METAL Co. et al., Respondents.— Order modified by inserting a provision therein that the bill of particulars need not be served until 60 days after the completion of the discovery and inspection of the corporate records permitted in the companion case of *Frankel* v. *Rochester Iron & Metal Co.* (16 A D 2d 864) and by further providing that the order is without prejudice to the right of the plaintiffs to move on proper papers within 60 days after the completion of the discovery of the corporate records for relief with respect to specific items of the demand for a bill of particulars if they see fit, and as so modified order unanimously affirmed, without costs of this appeal to any party. Memorandum: In our opinion, the plaintiffs should not be compelled to serve a bill of particulars until after discovery. In fact it might be impossible for plaintiffs to furnish the information required before discovery has been completed. (Appeal from order of Monroe Special Term denying plaintiff's motion to vacate the demand for a bill of particulars.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ.